IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAMIEN GREEN,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
CONGRESS,
THE UNITED STATES SUPREME COURT,
13 COLONIES, JANE DOES 1-25 and
JOHN DOES 1-25,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-163-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants denying plaintiff leave to proceed and dismissing this case with prejudice as legally frivolous and for failure to state a claim.

_____      __8/7/12__
Peter Oppeneer, Clerk of Court               Date